Matter of Heim (2021 NY Slip Op 05250)





Matter of Heim


2021 NY Slip Op 05250


Decided on October 1, 2021


Appellate Division, Fourth Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on October 1, 2021
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: PERADOTTO, J.P., CARNI, NEMOYER, TROUTMAN, AND WINSLOW, JJ. (Filed Sept. 27, 2021.)


&em;

[*1]MATTER OF BENJAMIN L. HEIM, A RESIGNED ATTORNEY, FOR REINSTATEMENT TO THE PRACTICE OF LAW IN THE STATE OF NEW YORK.



MEMORANDUM AND ORDER
Order entered granting application for reinstatement to the practice of law.